# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                           Case No. _____

ALBARRACIN, ROLANDO A & GOMEZ RIVERA, ZULMA       Chapter 13
Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: 3/07/2011                             ☐ AMENDED PLAN DATED: _____
☑ PRE ☐ POST-CONFIRMATION               Filed by: ☐ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,200.00 x 60 = $ 72,000.00
$ _____ x \_\_\_\_ = $ _____
$ _____ x \_\_\_\_ = $ _____
$ _____ x \_\_\_\_ = $ _____
$ _____ x \_\_\_\_ = $ _____

TOTAL: $ 72,000.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x \_\_\_\_ = $ _____

PROPOSED BASE: $ 72,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,634.00

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR \_\_\_ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR           Cr. SCOTIABANK      Cr. _____
# 71010014564390     # 0001333309        # _____
$ 1,000.00        $ 100.00           $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR          SCOTIABANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law. 11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____ Cr. _____ Cr. _____
# _____ # _____ # _____
$ _____ $ _____ $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

ALL MONIES RECEIVED FROM WAGES GARNISHED BY THE DEPARTMENT OF TREASURY TPO DEBTOR IF RECOVERED BY TRUSTEE, SHALL BE CONSIDERED AN AMENDED TO THE PRESENT PLAN TO INCREASE THE BASE OF THE PLAN WITHOUT THE NEED FOR A MODIFICATION OF PLAN OR COURT HEARING.

Signed: ***/s/ ROLANDO A ALBARRACIN***
          Debtor

***/s/ ZULMA GOMEZ RIVERA***
Joint Debtor

Attorney for Debtor Jose Prieto                               Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**