Certificate Number: 02114-PR-CC-014182817



02114-PR-CC-014182817

# **CERTIFICATE OF COUNSELING**

I CERTIFY that on 03/14/2011, at 12:28 o'clock PM EST, ROLANDO ALBARRACIN received from CredAbility, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the District of Puerto Rico, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C . §§ 109(h) and 111. A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted by internet.

| | | |
|---|---|---|
| Date: 03/14/2011 | By | /s/Derrick Roberts |
| | Name | Derrick Roberts |
| | Title | Counselor |

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).

Certificate Number: 02114-PR-CC-014182819



# **<u>CERTIFICATE OF COUNSELING</u>**

I CERTIFY that on <u>03/14/2011</u>, at <u>12:28</u> o'clock <u>PM EST</u>, <u>ZULMA GOMEZ</u> received from <u>CredAbility</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>District of Puerto Rico</u>, an individual [or group] briefing (including a briefing conducted by telephone or on the internet) that complied with the provisions of 11 U.S.C . §§ 109(h) and 111. A debt repayment plan <u>was not prepared</u>. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate. This counseling session was conducted <u>by internet</u>.

| | | |
|---|---|---|
| Date: <u>03/14/2011</u> | By | <u>/s/Derrick Roberts</u> |
| | Name | <u>Derrick Roberts</u> |
| | Title | <u>Counselor</u> |

Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy code are required to file within the United States Bankruptcy Court a complete certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521 (b).