STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:
ROLANDO A ALBARRACIN
ZULMA GOMEZ RIVERA

Case No. 11-02119-ESL
Chapter 13
Attorney Name: JOSE PRIETO CARBALLO ESQ*

## I. Appearances

Debtor [✓] Present [ ] Absent
Joint Debtor [✓] Present [ ] Absent
Attorney for Debtor [✓] Present [ ] Absent
[ ] Pro-se
[ ] Substitute _____

Date: April 13, 2011
Time: 8:41 am Track: _____
[✓] This is debtor(s) ___ Bankruptcy filing.
Liquidation Value: _____
Creditors _None_

## II. Oath Administered
[ ] Yes [✓] No

## III. Documents Filed/Provided

[✓] Schedules
[✓] Statement of Financial Affairs (SOFA)
[✓] Statement of Current Monthly Income (SCMI)
[✓] Credit counseling briefing certificate (CCC)
   [ ] Waiver requested by debtor(s)
[ ] DSO Certificate

[ ] DSO Recipient's information
[ ] State Tax Returns _____ [ ] Returned
[ ] Federal Tax Returns _____ [ ] Returned
[ ] Evidence of income (60 days prior to petition)

## IV. Status of Meeting
[ ] Closed  [ ] Not Held  [✓] Continued May 26, 2011 at 8:00 AM

## V. Trustee's Report on Confirmation
[ ] FAVORABLE
[ ] UNFAVORABLE

[ ] Feasibility
[ ] Insufficiently funded
[ ] Unfair discrimination
[ ] Fails liquidation value test
[ ] Fails disposable income test (I & J)
[ ] No provision for secured creditor(s)

[ ] No DSO certificate (Post-petition)
[✓] Evidence of income
   [ ] Missing  [ ] Incomplete
[ ] Stmt. of Current Monthly Income
   [ ] Incomplete  [ ] Missing
   [ ] Fails commitment period  [ ] Fails Disp. Income
[ ] Certificate of Credit briefing
   [ ] Missing  [ ] More than 180 days
   [ ] Issuer not certified by U.S.T.
[ ] Incomplete schedules
[ ] Incomplete S.O.F.A.
[ ] Other:

[ ] Treat value of collateral separately
[ ] No provision for insurance
[ ] Tax returns missing
   [ ] State - years _____
   [ ] Federal - years _____

(1) 12/24/2010 paystubs for Mr. Albarracin
(2) Another employer's cert for Ms. Gomez detailing gross for ea. mo. with deductions for period 9/1 - 3/13/2011

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ROLANDO A ALBARRACIN
ZULMA GOMEZ RIVERA

Case No. 11-02119-ESL
Chapter 13   Attorney Name: JOSE PRIETO CARBALLO ESQ*

## VI. Plan (Cont.)
Date: March, 7, 2011   Base $ 72,000.00   [X] Filed   Evidence of Pmt shown: _____
Payments __1__ made out of __1__ due.   [ ] Not Filed

## VII. Confirmation Hearing Date: May, 4, 2011

## VIII. Attorney's fees as per R. 2016(b)
$3,000.00 - $ 366.00 = $ 2,634.00

## IX. Documents to be provided w/in ____ days

[✓] Amended schedules  C → delete homestead exemption since zero equity
[ ] Insurance estimate
[✓] Amended S.O.F.A. #4 to delete attachments. Funds were not attached.
[✓] Amended plan
[ ] Business Documents
[ ] Assumption/Rejection executory contract
[ ] Monthly reports for the months
[✓] Appraisal Comparable for both debtors inheritance interest: (Bo. Palo Seco, Maunabo - he) (U) b. Lomas Verdes, Bay. → she
[ ] State tax returns years ____
[ ] Federal tax returns years ____
[ ] Public Liability Insurance
[ ] Premises ____
[ ] Correct SS # (Form B21)
[ ] Vehicle(s) ____
   [ ] Debtor  [ ] Joint debtor
[ ] Licenses issued by: ____
[ ] Other:

[ ] M.T.D. to be filed by Trustee: Debtor(s): [ ] failed to appear; [ ] failed to commence payments;
[ ] failed to keep payments current; [ ] does (do) not qualify as a debtor (§109); ____
[ ] Other: ____

### COMMENTS

① Amend Schedule "C" to include First Leisure
② Provide maturity date of FB's lease to see whether step-up pymts in plan are necessary ③ Amend Schedule "J" to include 2nd mortgage over the property ④ Amend Schedule "B" to include both debtors' inheritance interest and provide usufruct calculation for both. ⑤ Verify CMI of SCMI because according to evidence submitted, CMI is around $ 8,600; could be more.
⑥ Debtors to assume lease w/ FB

Trustee/Presiding Officer

Date: April 13, 2011
(Rev.