**STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA**
**REPORT OF ACTION TAKEN**
**MEETING OF CREDITORS**

**In re:**

**ROLANDO A ALBARRACIN**  Case No. 11-02119-ESL

**ZULMA GOMEZ RIVERA**  Chapter 13  Attorney Name: JOSE M PRIETO CARBALLO*

| I. Appearances | | | Date & Time: 5/26/2011 9:53:00AM |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | [X] R  [ ] NR  LV: tbd |
| Joint Debtor | [X] Present | [ ] Absent | [X] This is debtor(s) 1 Bankruptcy filing. |
| Attorney for Debtor | [X] Present | [ ] Absent | Creditors: |
| [ ] Prose | | | |
| [ ] Substitute | | | First Bank  M. SAnchez |

**II. Oath Administered**
　　　[X] Yes　　　　　　[ ] No

**III. Plan**

Date: 03/07/2011　　　Base: $72,000.00　Payments 2 made out of 2 due.

Confirmation Hearing Date: 5/4/2011 9:00:00AM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

　$3,000.00  -  $366.00  =  $2,634.00

**IV. Status of Meeting**

[X] Closed　　　[ ] Not Held　　　[ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to: [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

ROLANDO A ALBARRACIN  Case No. 11-02119-ESL

ZULMA GOMEZ RIVERA  Chapter 13  Attorney Name: JOSE M PRIETO CARBALLO*

(Cont.)

**Trustee's Report on Confirmation**

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [ ] Fails liquidation value test |    [ ] State - years |
| [ ] Insuarence quote | [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [ ] Evidence of income | |

**COMMENTS**

1. Debtors are to amend Sched B to include participation in two inheritances 2. Plan has no provision for First Leasing. 3. Review and amend SCMI if necessary since income is $10,778.00 per pay stubs and not $6,529.00 as indicated therein. 4. Amend Schedule C to delete homestead exemption, since property has no equity. 5. Amend SOFA 4 since funds dislcosed therein as attached by Treasury, were not in fact attached. For this same reasonm delete the plan provision to that effect 6. Debtor has to address the other comments contained in the minutes of the prior meeting.

s/Alejandro Oliveras  Date: 05/26/2011

Trustee/Presiding Officer  (Rev. 02/11)