IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NUMBER: 11-02119 ESL |
|---|---|
| ROLANDO A ALBARRACIN<br>ZULMA GOMEZ RIVERA | CHAPTER 13 |
| DEBTOR(S) | |

# MOTION TO INFORM AMENDED PLAN

TO THE HONORABLE COURT:

**NOW COMES** the debtor, through the undersigned attorney, and very respectfully alleges and prays:

1. That today the debtor is filing an amended chapter 13 repayment plan.

2. That the reason for amendment is to adjust debtors payment schedule and eliminate provision from garnish funds and assume lease with First Leasing.

**WHEREFORE,** it is respectfully requested to this Honorable Court to take notice of the aforementioned.

**RESPECTFULLY SUBMITTED.**

**I HEREBY CERTIFY** that a true and exact copy of the foregoing motion has been filed electronically with the Clerk of the Court using CM/ECF systems which will send notification of such to the Chapter 13 Trustee, and we sent copy of this document through regular mal to debtor (s) and all non CM/ECF participants interested parties to their addresses listed on the master address list.

**In San Juan, Puerto Rico this 4th day of June of 2011.**

JPC LAW OFFICE

Jose M Prieto Carballo, Esq
P.O. Box 363565
San Juan, P.R. 00936-3565
Tel (787) 607-2066 & Tel (787) 607-2166
jpc@jpclawpr.com

By: /s/ Jose M Prieto Carballo, Esq.

# United States Bankruptcy Court
# District of Puerto Rico

IN RE:                                                           Case No. 11-02119-13

ALBARRACIN, ROLANDO A & GOMEZ RIVERA, ZULMA        Chapter 13
                       Debtor(s)

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____      ☑ AMENDED PLAN DATED: 6/04/2011
    ☐ PRE ☐ POST-CONFIRMATION            Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ 1,200.00 x 2 = $ 2,400.00
$ 725.00 x 25 = $ 18,125.00
$ 1,200.00 x 33 = $ 39,600.00
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ 60,125.00

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:

☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 60,125.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,634.00

Signed: /s/ ROLANDO A ALBARRACIN
            Debtor

        /s/ ZULMA GOMEZ RIVERA
        Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR _____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. BPPR            Cr. SCOTIABANK     Cr. _____
# 71010014564390    # 0001333309         # _____
$ 1,000.00          $ 100.00          $ _____
2. ☐ Trustee pays IN FULL Secured Claims:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____

5. ☐ Other:
_____

6. ☑ Debtor otherwise maintains regular payments directly to:
BPPR          SCOTIABANK
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                ☐ Paid 100% / ☐ Other: _____
Cr. _____     Cr. _____     Cr. _____
# _____        # _____        # _____
$ _____        $ _____        $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
FAILURE TO TIMELY OBJECT TO THIS PLAN BY A CREDITOR CONSTITUTES A WAIVER OF THE EQUAL MONTHLY AMOUNT METHOD OF PAYMENT 11 USC 1325 (a)(5).

ATTORNEY'S FEES WILL BE PAID AHEAD OF SECURED CREDITORS PER 11 USC 330.

Attorney for Debtor Jose Prieto                            Phone: (787) 607-2066

**CHAPTER 13 PAYMENT PLAN**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

|  | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | FIRST BANK PUERTO RIC | | |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 11-02119-ESL13<br>District of Puerto Rico<br>Old San Juan<br>Sat Jun  4 12:49:41 AST 2011 | SCOTIABANK PR<br>CARDONA-JIMENEZ LAW OFFICE PSC<br>PO BOX 9023593<br>SAN JUAN, PR 00902-3593 | eCAST Settlement Corporation<br>POB 29262<br>New York, NY 10087-9262 |
| US Bankruptcy Court District of P.R.<br>U.S. Post Office and Courthouse Building<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 | Att Wireless<br>Po Box 192830<br>San Juan, PR 00919-2830 | B-Line, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 |
| BANCO POPULAR DE PUERTO RICO<br>BANKRUPTCY DEPARTMENT<br>PO BOX 366818<br>SAN JUAN PR 00936-6818 | BPPR<br>PO BOX 366818<br>San Juan, PR 00936-6818 | Bank Of America<br>Po Box 17054<br>Wilmington, DE 19850-7054 |
| Citifinancial Plus<br>Bsp13a<br>Baltimore, MD  21202 | DEPARTAMENTO DE HACIENDA<br>PO BOX 9024140<br>SAN JUAN, PR 00902-4140 | FIA Card Services, NA as successor in intere<br>Bank of America NA and MBNA America Bank<br>1000 Samoset Drive<br>DE5-023-03-03<br>Newark, DE 19713-6000 |
| FIRST BANK<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | First Federal Savings<br>Auto Leasing<br>San Juan, PR  00908 | Fst Revenue<br>4500 Cherry Creek Dr Ste<br>Denver, CO 80246-1518 |
| Gemb/walmart<br>Po Box 981400<br>El Paso, TX 79998-1400 | Lvnv Funding<br>Po Box 740281<br>Houston, TX 77274-0281 | RG PREMIER BANK NOW SCOTIABANK DE PUERTO RIC<br>ISMAEL H. HERRERO III<br>P O BOX 362159<br>SAN JUAN  PR  00936-2159 |
| Rg Premier Bank<br>Po Box 2510<br>Guaynabo, PR 00970-2510 | SCOTIABANK<br>PO BOX 362649<br>SAN JUAN, PR 00936-2649 | SCOTIABANK DE PUERTO RICO<br>CARDONA-JIMENEZ LAW OFFICE, PSC<br>P.O. BOX 9023593<br>SAN JUAN, PR  00902-3593 |
| SEARS<br>PO BOX6241<br>SIOUX FALLS, SD 57117-6241 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS, CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 | JOSE M PRIETO CARBALLO<br>JPC LAW OFFICE<br>PO BOX 363565<br>SAN JUAN, PR 00936-3565 |
| MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET  SUITE 301<br>SAN JUAN, PR 00901-1938 | ROLANDO A ALBARRACIN<br>PO BOX 5297<br>CAGUAS, PR 00726-5297 | ZULMA GOMEZ RIVERA<br>PO BOX 5297<br>CAGUAS, PR 00726-5297 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Leasing & Rental Corporation                (d)eCAST Settlement Corporation                 End of Label Matrix
                                                     POB 29262                                       Mailable recipients    26
                                                     New York NY 10087-9262                          Bypassed recipients     2
                                                                                                     Total                  28